MICHAEL D. BRUNO (SBN: 166805)
JON C. YONEMITSU (SBN: 199026)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
Email: mbruno@gordonrees.com
Email: jyonemitsu@gordonrees.com

Attorneys for Defendants
COUNTY BUILDING MATERIALS, INC., DBA'S PAYLESS HARDWARE
& ROCKERY AND PAYLESS NURSERY, AND JAY R. WILLIAMS

UNITED STATES DISTRICT SUPERIOR COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| ROBERT MCCARTHY,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY BUILDING MATERIALS, INC., et al.,<br><br>    Defendants. | CASE NO. C 08-04403 JW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER** |

Plaintiff ROBERT McCARTHY and Defendants COUNTY BUILDING MATERIALS, INC., DBA'S PAYLESS HARDWARE & ROCKERY AND PAYLESS NURSERY, AND JAY R. WILLIAMS, by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss this action with

////
////
////
////

-2-

1  prejudice.

2  Dated: January 20, 2009

                                                 David C. Wakefield, Esq.
                                                 Attorney for Plaintiff
                                                 **Robert McCarthy**

Dated: January 8, 2009

                                                 GORDON & REES LLP

                                                 Jon C. Yonemitsu, Esq.
                                                 Attorneys for Defendants
                                                 **County Building Materials, Inc., Dba's Payless Hardware & Rockery And Payless Nursery, And Jay R. Williams**

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action MCCARTHY v. COUNTY BUILDING MATERIALS, INC., et al., Case Number C 08-04403 JW, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: January 30, 2009

                                                 UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111